UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GORDON FRANKLIN, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1548 RWS |
| | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. This case was dismissed on August 14, 2013. Since then, petitioner has filed several papers with the Court that have no legal or factual merit. These filings needlessly consume the Court's resources. To prevent additional wasting of judicial resources, the Court will prohibit petitioner from filing any further documents in this action, unless such documents pertain to an appeal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall not accept for filing any further documents in this action, unless such documents pertain to an appeal.

Dated this 8th day of October, 2013.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE